**Order entered April 28, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00644-CV**

**ALBERT G. HILL, III, Appellant**

**V.**

**MARGARET KELIHER, IN HER CAPACITY AS PERSONAL REPRESENTATIVE AND SUCCESSOR INDEPENDENT EXECUTOR OF THE ESTATE OF ALBERT G. HILL, JR., AND CAROL E. IRWIN, IN HER CAPACITY, ET AL., Appellees**

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-19-02706-2**

**ORDER**

Pending is appellees' April 26, 2021 "Motion to Take Judicial Notice pursuant to Texas Rule of Evidence 201(b)(2)." Appellant is hereby ordered to file a response to the motion no later than Friday, April 30, 2021.

/s/     LANA MYERS
PRESIDING JUSTICE